UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| | | EP-19-CV-00005-DCG |
| v. | | |
| COASTAL ENVIRONMENTAL GROUP, INC.; TIGUA, INC. AND SUBSIDIARIES; ENVIROWORKS, LLC; COASTAL-ENVIROWORKS JOINT VENTURE; and TIGUA ENTERPRISES, INC., | | |
| *Defendants*. | | |

## ORDER DISMISSING CASE

On September 16, 2019, Plaintiff The Hanover Insurance Company and Defendants Tigua, Inc. and Subsidiaries, and Tigua Enterprises, Inc. in the above-captioned case filed a "Stipulation of Voluntary Dismissal of Tigua and Enterprises with Prejudice" (ECF No. 45) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). On September 17, Plaintiff filed a "Notice of Voluntary Dismissal of Coastal, Enviroworks, and the Joint Venture without Prejudice" (ECF No. 46) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff The Hanover Insurance Company against Defendants Tigua, Inc. and Subsidiaries, and Tigua Enterprises, Inc. in the above-captioned case are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff The Hanover Insurance Company against Defendants Coastal Environmental Group, Inc., Enviroworks, LLC.,

and Coastal-Enviroworks Joint Venture in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 18th day of September 2019.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE